FRITZ CLAPP, ESQ.   (Cal. Bar No. 99197)
<mail@FritzClapp.com>
1516 Del Paso Boulevard
Sacramento, CA 95815
Telephone:  916-548-1014
Facsimile:   888-467-2341
Attorney for Plaintiff

*FILED CLERK, U.S. DISTRICT COURT — APR 26 2006 — CENTRAL DISTRICT OF CALIFORNIA — BY DEPUTY*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HELL'S ANGELS MOTORCYCLE CORPORATION,<br><br>Plaintiff(s),<br><br>v.<br><br>WALT DISNEY MOTION PICTURES GROUP, INC. et al.,<br><br>Defendant(s). | CASE NUMBER<br>2:06-cv-01459-DDP(Ex)<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

*IT IS SO ORDERED*
*DATED: 4-26-06*
*JUDGE DEAN D. PREGERSON*
*UNITED STATES DISTRICT JUDGE*

21 April 2006
_____
Date

_____
Signature of Attorney/Party

**NOTE:** *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)   NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

*DOCKETED ON CM — APR 26 2006*